**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7615**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROSARIO A. FIORANI, JR.,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-98-340-A)

———————————

Submitted:  April 27, 2001              Decided:  May 23, 2001

———————————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Rosario A. Fiorani, Jr., Appellant Pro Se.  G. David Hackney, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rosario A. Fiorani, Jr., appeals the district court's order denying his motion for appointment of counsel. We have reviewed the record in this case, and in light of our previous ruling that substitution of counsel will not be permitted, we find no reversible error. Accordingly, we affirm the district court's order. United States v. Fiorani, No. CA-98-340-A (E.D. Va. Nov. 3, 2000). We further deny Fiorani's motion to change venue and to appoint new counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2